[No. 584-1.  Division One—Panel 2.  July 12, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES SARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 53465, Frank H. Roberts, Jr., J., entered May 14, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 593-1.  Division One—Panel 2.  July 12, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HENRY LONG, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 52381, William J. Wilkins, J., entered April 28, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 869-1.  Division One—Panel 2.  July 12, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. CYRIL A. KOLO-COTRONIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 3274, Phillip G. Sheridan, J., entered November 12, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 392-1.  Division One—Panel 2.  July 19, 1971.]

HERMAN B. CORDES *et al.*, *Appellants*, v. SEATTLE FIRST NATIONAL BANK *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 707945, Stanley C. Soderland, J., entered November 11, 1969. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.